| | |
|---|---|
| 1 | **VICTOR N. PIPPINS** |
|   | California State Bar No. 251953 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
|   | 225 Broadway, Suite 900 |
| 3 | San Diego, California  92101-5008 |
|   | Telephone: (619) 234-8467 |
| 4 | E-mail: victor_pippins@fd.org |

Attorneys for Mr. Rangel-Diaz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0296-W |
|  | ) |  |
| Plaintiff, | ) | Date: March 24, 2008 |
|  | ) | Time: 2:00 p.m. |
| v. | ) |  |
|  | ) | **NOTICE OF MOTION AND** |
| **BRIJIDO RANGEL-DIAZ** | ) | **MOTIONS TO:** |
|  | ) |  |
| Defendant. | ) | **1) COMPEL DISCOVERY** |
|  | ) | **2) DISMISS INDICTMENT** |
|  |  | **3) SUPPRESS STATEMENTS** |
|  |  | **4) FILE ADDITIONAL MOTIONS** |

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY
        LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on March 24, 2008, or as soon thereafter as counsel may be heard, Brijido Rangel-Diaz, by and through his counsel, Victor N. Pippins and Federal Defenders of San Diego, Inc., will ask this Court to enter and order granting Mr. Rangel-Diaz's motions in the above listed case.

//
//
//
//
//
//

## **MOTION**

Brijido Rangel-Diaz, by and through his attorneys, Victor N. Pippins, and Federal Defenders of San Diego, Inc., hereby moves this Court to grant the following motions.

These motions are based upon the instant motion and notice of motion, the attached statements of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,

Dated: March 7, 2008                   /s/ Victor N. Pippins
**VICTOR N. PIPPINS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rangel-Diaz

1 **VICTOR N. PIPPINS**
California State Bar No. 251953
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Victor_Pippins@fd.org

5 Attorneys for Mr. Rangel-Diaz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| UNITED STATES OF AMERICA, | ) | Case No.: 08CR0296-W |
|---|---|---|
| Plaintiff, | ) | Date: March 24, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | **CERTIFICATE OF SERVICE** |
| **BRIJINDO RANGEL-DIAZ**, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Luella Caldito**
Luella.Caldito@usdoj.gov, Diana.Ortiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED: March 7, 2008          */s/ Victor N. Pippins*
                              **VICTOR N. PIPPINS**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Rangel-Diaz