```
 1  KAREN P. HEWITT
    United States Attorney
 2  LUELLA M. CALDITO
    Assistant U.S. Attorney
 3  California State Bar No. 215953
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 557-7035
    Luella.Caldito@usdoj.gov
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CRIM. CASE NO.   08CR0296-W |
|---|---|---|
|  | ) |  |
|  | ) | DATE:   March 24, 2008 |
| Plaintiff, | ) | TIME:    2:00 p.m. |
|  | ) |  |
|  | ) | GOVERNMENT'S NOTICE OF MOTIONS AND |
| v. | ) | MOTIONS FOR RECIPROCAL DISCOVERY AND |
|  | ) | TO COMPEL FINGERPRINT EXEMPLARS |
|  | ) |  |
| BRIJIDO RANGEL-DIAZ, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

<u>NOTICE OF MOTION</u>

TO:   Victor Pippins, Esq., Federal Defenders of San Diego, Inc, counsel for defendant, Brijido Rangel-Diaz,

PLEASE TAKE NOTICE that on Monday, March 24, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

DATED:   March 17, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Luella M. Caldito
LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov